1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE D. VOSTERS, an individual, | Case No. CV 12-09807 DDP (JEMx) |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING PARTIES' STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |
| AE RETAIL WEST, LLC, a Limited Liability Corporation, and DOES 1 through 25, Inclusive, | |
| Defendants. | [Stipulation Re Protective Order filed concurrently herewith] |

1  Having reviewed and considered the parties' Stipulation For Entry Of
2  Protective Order (the "Stipulation"), and good cause appearing for entry of the
3  requested Order, the Court hereby orders that the parties are bound by the terms set
4  forth in the Stipulation.

5  **IT IS SO ORDERED.**

6  Dated: May 13, 2014

*[signature: John E. McDermott]*
United States Magistrate Judge
Central District of California

Rutan & Tucker, LLP
attorneys at law

2210/019586-0018
6995631.1 a05/07/14

-1-

CASE NO. CV12-09807 DDP (JEMx)
[PROPOSED] ORDER GRANTING PARTIES'
STIPULATION RE PROTECTIVE ORDER